UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA RIVERA,

                Plaintiff,

      -against-

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

                Defendant.
------------------------------------------------------------X

20 **CIVIL** 2999 (PED)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated July 27, 2021, Plaintiff's Motion is GRANTED, and Defendant's motion is DENIED. The case is remanded for further administrative proceedings; accordingly, this case is closed.

**Dated:** New York, New York
          July 27, 2021

                                          **RUBY J. KRAJICK**

                                              Clerk of Court
                         BY:
                                                **Deputy Clerk**